MARTA B. ARRIANDIAGA (SBN 121303) **MADE JS-6**
WENDY MIELE (SBN 165551)
ROPERS, MAJESKI, KOHN & BENTLEY
515 South Flower Street, Suite 1100
Los Angeles, CA  90071
Telephone:  (213) 312-2000
Facsimile:  (213) 312-2001
Email:       aarriandiaga@ropers.com
Attorneys for Defendant
AXIS REINSURANCE COMPANY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK (RICK) GOERNER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>AXIS REINSURANCE CO., a New York corporation, formerly known as Royal & SunAlliance Personal Insurance Company, and DOES 1 through 50, inclusive,<br><br>Defendant. | CASE NO.  07 0166-GHW (MLGx)<br><br>**JUDGMENT**<br><br>Judge:  Honorable George H. Wu |

For the reasons set forth in the Findings of Fact and Conclusions of Law ordered entered by the Court on February 23, 2009, the Court granted Axis Reinsurance Company's ("Axis") Cross-Motion for Summary Judgment on the duty to defend issue.

IT IS ORDERED, ADJUDGED AND DECREED that Judgment on plaintiff's complaint is entered in favor of Axis, and the entire complaint is dismissed with prejudice. Plaintiff shall take nothing by its complaint, and Axis is entitled to recover its costs pursuant to <u>Federal Rules of Civil Procedure</u> Rule 54(d),

1  which will be reflected in Axis' Bill of Costs to be filed and served as prescribed by
2  Local Rule 54-3.

5  DATED: March 2, 2009                    _____
6                                                                JUDGE GEORGE H. WU
7                                                                UNITED STATE DISTRICT COURT

RC1/5261385.1/WLM                                - 2 -
**[PROPOSED] JUDGMENT**